ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625
Potential Attorney for Defendants Booker, Colon, Dechan, Figueroa, Gray, Kandell, Johnson, Ricci, and Schonyers

By:  Susan M. Scott
     Deputy Attorney General
     (609) 633-7786
     susan.scott@dol.lps.state.nj.us

**RECEIVED**

JUN 1 6 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | | |
|---|---|---|
| ASHLEY GEORGES, | : | HON. JOEL A. PISANO, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 09-0057 (JAP) |
| v. | : | |
| MICHELLE RICCI, et al. | : | ORDER |
| Defendants. | : | |

This matter having come before the Court on motion of Anne Milgram, Attorney General of New Jersey, by Susan M. Scott, Deputy Attorney General, on behalf of defendants, pursuant to Fed.R.Civ.P. 6(b)(1)(A) and (B) and the Court having considered the papers submitted herein, this matter being decided under Fed.R.Civ.P. 78 and for good cause shown;

IT IS on this 16th day of June, 2009;

ORDERED that these defendants are hereby granted leave to answer, move or otherwise reply to plaintiff's Complaint within thirty days from the date of this order.

_____
Douglas E. Arpert, U.S.M.J.

Unopposed.